IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:18CB3006 |
| vs. | ORDER |
| HAROLD MANN, | |
| Defendant. | |

Upon the Motion of the Government, violation 6483907 is dismissed.

June 6, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge